**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

DANIEL RODRIGUEZ,                    No. C 08-4645 SBA

    Plaintiff,                         **ORDER**

v.

CITY & COUNTY OF SAN FRANCISCO,

    Defendants.

This action is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge Judge Maxine M. Chesney for consideration of whether the case is related to *Rodriguez v. City of San Francisco*, 07-00103-MMC. The Docketing Clerk is directed to prepare a notice of related case order.

IT IS SO ORDERED.

Dated: 1/30/09                             _____
                                                        Saundra Brown Armstrong
                                                        United States District Judge