IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ, | No. C-08-4645 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. / | |

In light of the status of the above-titled action, specifically, the May 29, 2009 deadline for plaintiff's filing of a First Amended Complaint, the Case Management Conference currently scheduled for May 22, 2009 is hereby CONTINUED to June 19, 2009. A Joint Case Management Statement shall be filed no later than June 12, 2009.

**IT IS SO ORDERED.**

Dated: May 18, 2009

_____
MAXINE M. CHESNEY
United States District Judge