IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

      Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

      Defendants.
                               /

No. C-08-4645 MMC

**ORDER DISMISSING ACTION; GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

On April 28, 2009, the Court granted in part and deferred in part defendant City and County of San Francisco's ("City") motion to dismiss,[1] deferred plaintiff's application to proceed in forma pauperis,[2] and afforded plaintiff an opportunity to file, no later than May 29, 2009, a First Amended Complaint ("FAC") curing the deficiencies noted by the Court in plaintiff's federal claims. (See Order filed Apr. 28, 2009.) To date, no such FAC has been filed.[3]

---

[1] The Court deferred ruling on the motion to the extent plaintiff alleged claims arising under state law.

[2] Thereafter, on May 12, 2009, plaintiff filed a second application to proceed in forma pauperis, updating the information provided in his initial application.

[3] On May 12, 2009, plaintiff filed a document titled "First Amended Complaint No. C-08-4645 MMC 7-11- Motion for Administrative Relief." Such document, even if construed as an amended pleading, fails to cure the deficiencies noted by the Court.

Accordingly:

1. To the extent plaintiff alleges claims arising under federal law, the action is hereby DISMISSED with prejudice.

2. To the extent plaintiff alleges claims arising under state law, the Court declines to exercise supplemental jurisdiction over such claims, and, with respect to such claims, the action is hereby DISMISSED without prejudice. See 28 U.S.C. § 1367(c) (providing district court may decline to exercise supplemental jurisdiction if, inter alia, "the district court has dismissed all claims over which it has original jurisdiction"); Les Shockley Racing, Inc. v. Nat'l Hot Rod Ass'n, 884 F.2d 504, 509 (9th Cir. 1989) (holding "[w]hen . . . the court dismisses the federal claim leaving only state claims for resolution, the court should decline supplemental jurisdiction over the state claims and dismiss them without prejudice").

3. Good cause appearing, plaintiff's application to proceed in forma pauperis is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: June 5, 2009

MAXINE M. CHESNEY
United States District Judge