IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIQUEZ,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.
_____/

No. CV-08-4645 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. To the extent plaintiff alleges claims arising under federal law, the action is hereby DISMISSED with prejudice.

    2. To the extent plaintiff alleges claims arising under state law, the Court declines to exercise supplemental jurisdiction over such claims, and, with respect to such claims, the action is hereby DISMISSED without prejudice.

    3. Good cause appearing, plaintiff's application to proceed in forma pauperis is hereby GRANTED.

Dated: June 5, 2009

                                        Richard W. Wieking, Clerk

                                        *Tracy Lucero*

                                        By: Tracy Lucero
                                        Deputy Clerk